RHODA GROSSBARD v. PRESIDENT CONTAINER CO., ET AL.

May 16, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRIS G. ALEVRAS.

May 16, 1989.

Petition for certification denied.

STANLEY GURSKI v. NEW JERSEY STATE POLICE
DEPARTMENT, ET AL.

May 16, 1989.

Leave to appeal granted; and it is further

ORDERED that the motion for summary remand to the trial court is granted, for review and clarification of that portion of its order of October 14, 1988, that denied the State's motion for summary judgment, said review to be conducted in the light of the objective good faith standard set forth in *Kirk v. City of Newark*, 109 *N.J.* 173 (1988).

Jurisdiction is not retained.